RYAN, APPELLANT, *v.* WRIGHT ET AL., APPELLEES.

[Cite as *Ryan v. Wright,* 119 Ohio St.3d 34, 2008-Ohio-3512.]

(No. 2007–0708—Submitted June 4, 2008—Decided July 17, 2008.)

———————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Shoemaker v. Gindlesberger,* 118 Ohio St.3d 226, 2008-Ohio-2012, 887 N.E.2d 1167.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

———————

Robert Gray Palmer Co., L.P.A., and Robert G. Palmer, for appellant.

John C. Nemeth & Associates and David A. Herd, for appellees.